FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-328-RLH-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| SCOTT RASMUSSEN ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#75), sentencing having been imposed on December 19, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CISCO SYSTEMS
Amount of Restitution: $3,200,000.00

**Total Amount of Restitution ordered: $3,200,000.00\*\***
\*\*Joint and several with Julie Rasmussen 2:05-CR-068

Dated this _26_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE